**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **DAVID E. MACK,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:11-cv-793 |
| | § | |
| **EQUABLE ASCENT FINANCIAL, LLC** | § | |
| | § | |
| Defendant. | § | |

**ORDER ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM
ON WHICH RELIEF MAY BE GRANTED**

On this date, the Court considered the Motion to Dismiss for Failure to State a Claim on Which Relief May be Granted filed by the Defendant, Equable Ascent Financial, LLC. The Court is of the opinion that the referenced motion should be granted.

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice.