UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED-CLERK
U.S. DISTRICT COURT
2011 DEC 29 AM 10: 45
TEXAS-EASTERN
BY_____

David E Mack
    *Plaintiff,*

vs

Case No. 4:11CV793

EQUABLE ASCENT FINANCIAL, LLC
Successor in interest to:
HILCO RECEIVABLES, LLC
    *Defendant.*

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

TO THE HONORABLE JUDGE OF THIS COURT:

    The Plaintiff, David E Mack, comes before this Court with this Motion for Entry of Default Judgment against Defendant Equable Ascent Financial, LLC, Successor in interest to Hilco Receivables, LLC and states as follows:

1. Plaintiff has made all filings required of this Court to bring a cause of action against the Defendant, Equable Ascent Financial, LLC, Successor in interest to Hilco Receivables, LLC, for damages under the FCRA 15 U.S.C. § 1681 et seq.

2. Plaintiff has made proper service of the summons and Complaint to the Defendant, Equable Ascent Financial, LLC, Successor in interest to Hilco Receivables, LLC, as evidenced by the affidavit and proof of mailing by Gary Storm, an independent process server.

3. The time for the Defendant to respond is past and there has been no response to the service of summons and complaint in this matter and Defendant is therefore in default.

4. Plaintiff has made a Request for Clerk's Entry of Default Judgment.

WHEREFORE, the Plaintiff respectfully requests the entry of a Default Judgment against the Defendant, Equable Ascent Financial, LLC, Successor in interest to Hilco Receivables, LLC, in this matter be granted by this Honorable Court.

Respectfully Submitted,

David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642