IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. 4:11-cv-793 |
| § | |
| EQUABLE ASCENT FINANCIAL, LLC § | |
| § | |
| Defendant. § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 9, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss for Failure to State Claim on Which Relief May be Granted (Dkt. 6) and Plaintiff's Motion for Entry of Default Judgment (Dkt. 8) should be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendant's Motion to Dismiss for Failure to State Claim on Which Relief May be Granted (Dkt. 6) and Plaintiff's Motion for Entry of Default Judgment (Dkt. 8) are DENIED.

**IT IS SO ORDERED.**

SIGNED this the 20th day of March, 2012.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE