| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  MAR 30 2012 |
| 1. Article Addressed to:<br><br>David E. Mack<br>7720 McCallum Blvd.<br>No. 2099<br>Dallas, TX 75252 | FILED U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS  APR - 2 2012  DAVID J. MALAND, CLERK  BY ____ DEPUTY<br>4:11cv731 (22)<br>4:11cv793 (19)<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number  (Transfer from service label) | 7010 2780 0000 9134 9957 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |