FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 17 2012

BY
DEPUTY _____

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

David E Mack         )
       **Plaintiff,**      )
                         )       **Case No. 4:11-cv-793**
**vs**                       )
                         )
                         )
**EQUABLE ASCENT FINANCIAL, LLC**   )
       **Defendant.**      )
                         )
                         )

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND**
**TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF THIS COURT:

       COMES NOW the Plaintiff in the above captioned cause of action who requests this Honorable Court grant a 10 day enlargement of time for Plaintiff to respond to Defendant's Motion for Summary Judgment filed with the Court on October 2, 2012.

       WHEREFORE, the Plaintiff asks this Honorable Court to issue an Order granting his motion for enlargement of time of 10 days to respond to the Defendant's motion for Summary Judgment.

                               Respectfully Submitted,

                               David E Mack
                               7720 McCallum Blvd. # 2099
                               Dallas, Texas 75252
                               972-735-9642

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document above was sent to the parties listed below by first class mail USPS.

Keith Wier
BUSH & RAMIREZ, LLC
5615 Kirby Dr., Suite 900
Houston, TX 77005

Dated October 17, 2012

David E Mack