# EXHIBIT 3

Case 4:11-cv-00793-DDB   Document 26-3   Filed 10/22/12   Page 2 of 2 PageID #: 125

Consumer Credit Report for DAVID E. MACK

File Number: 206128626
Page: 7 of 8
Date Issued: 05/07/2009

TransUnion.

**HILCO RECEIVABLES, LLC**
ONE NORTHBROOK PLA
NORTHBROOK, IL 60062
(847) 418-2081
Requested On: 02/2009

Plaintiffs Exhibit 3