IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E. MACK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:11-cv-793 |
| | § | |
| EQUABLE ASCENT FINANCIAL, LLC | § | |
| | § | |
| Defendant. | § | |

**ORDER REGARDING SUMMARY JUDGMENT RESPONSE AND
RESETTING FINAL PRETRIAL CONFERENCE**

*Pro se* Plaintiff has filed a Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment (Dkt. 25), seeking a brief extension to file his response to the pending motion filed on October 2, 2012. Shortly thereafter and while the request for extension is pending, Plaintiff filed his response. To the extent Plaintiff seeks additional time to supplement his response, the request (Dkt. 25) is GRANTED. Plaintiff shall file any supplemental responsive materials no later than **November 5, 2012.**

Further, the final pretrial conference in this matter, previously set before Judge Schell, is reset before the undersigned on **January 16, 2013 at 1:30 p.m.** at the *United States Courthouse, 7940 Preston Road, Plano, Texas 75024.*

    SO ORDERED.
    SIGNED this 24th day of October, 2012.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE