**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **DAVID E. MACK,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CASE NO. 4:11-cv-793** |
| § | |
| **EQUABLE ASCENT FINANCIAL, LLC,** § | |
| § | |
| § | |
| **Defendant.** § | |

## PRE-TRIAL DISCLOSURES

1. **The name and, if not previously provided, the address and telephone number of each witness whom the Defendant expects to present**:

   Robert Rodriguez
   Director of Analytical Operations
   Equable Ascent Financial, LLC
   c/o Bush & Ramirez, LLC
   5615 Kirby Dr., Suite 900
   Houston, Texas 77005
   (713) 626-1555

2. **The name and, if not previously provided, the address and telephone number or each witness whom the Defendant may call if the need arises**:

   Keith Wier
   Bush & Ramirez, LLC
   5615 Kirby Dr., Suite 900
   Houston, Texas 77005
   (713) 626-1555

3. **The designation of witnesses whose testimony the Defendant expects to present by deposition**

   None.  No depositions have been taken in this matter.

4.       **An identification of each document or other exhibit, including summaries or other evidence, separately identifying those items the Defendant expects to offer**:

Plaintiff, David E. Mack's Responses to Defendant's First Set of Interrogatories and Request for Production of Documents;

5.       **An identification of each document or other exhibit, including summaries or other evidence, separately identifying those items the Defendant may offer if the need arises**:

None**.**

WHEREFORE, the Defendant respectfully requests that the Court and all parties hereto take notice of the filing of these Pre-Trial Disclosures and for such other and further relief, both at law and in equity to which the Defendant may be justly and legally entitled.

                          Respectfully submitted,

                          **BUSH & RAMIREZ, LLC**

                          *//s// Keith Wier*
                          Keith Wier; SBN:  21436100
                          Fed. ID No.:  7930
                          5615 Kirby Dr., Suite 900
                          Houston, TX 77005
                          Telephone: (713) 626-1555
                          Facsimile: (713) 622-8077

                          **ATTORNEY FOR DEFENDANT,
EQUABLE ASCENT FINANCIAL, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 26th day of November, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and provided a copy to Plaintiff by certified mail, return receipt requested as follows:

| | |
|---|---|
| David E. Mack<br>7720 McCallum Blvd., #2099<br>Dallas, TX 75252 | *via cmrrr # 7010 2780 0002 0702 1159* |

                                      *//s// Keith Wier*
                                      Keith Wier