FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 0 4 2012

DAVID J. MALAND, CLERK
·PUTY

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| David E Mack<br>　　Plaintiff, | )<br>)<br>)<br>) | Case No. 4:11-cv-793 |
| vs | )<br>)<br>) | |
| EQUABLE ASCENT FINANCIAL, LLC<br>　　Defendant. | )<br>)<br>)<br>) | |

## PRE-TRIAL DISCLOSURES

1. **The name and address of each witness whom the Plaintiff expects to present:**

   David E. Mack
   7720 McCallum Blvd. #2099
   Dallas, Texas 75252
   972-735-9642

2. **Designation of any witness whose testimony Plaintiff expects to present by deposition:**

   None

3. **The identification of each document or other exhibit, including summaries or other evidence, separately identifying those items the Plaintiff expects to offer:**

   a. Equable Ascent Financial, LLC's Responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents.

   b. Copy of Plaintiff's TransUnion credit report page that shows the credit pull done by Hilco Receivables, LLC currently known as Equable Ascent Financial, LLC.

c. Notice of Intent to Sue letter sent to Hilco Receivables, LLC.

d. USPS Track and Confirm delivery results for Notice of Intent to Sue letter to Hilco Receivables, LLC.

e. Notice of Pending Lawsuit letter sent to Hilco Receivables, LLC.

f. USPS Track and Confirm delivery results for Notice of Pending Lawsuit letter to Hilco Receivables, LLC.

g. Copy of email received from Nidhi Soni at Equable Ascent Financial, LLC.

h. Copy of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et. Seq.

WHEREFORE, the Plaintiff asks the Court and parties to this Action take notice of the filing of these Pre-Trial Disclosures and for such and other and further relief, both at law and in equity to which the Plaintiff may be justly and legally entitled.

Respectfully Submitted,

David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document above was sent to the parties listed below by first class mail USPS.

Keith Wier
BUSH & RAMIREZ, LLC
5615 Kirby Dr., Suite 900
Houston, TX 77005

Dated October 17, 2012

David E Mack