**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

**SHERMAN DIVISION**

**DATE**: 1/16/13

| JUDGE | COURT REPORTER: Bryn & Associates - Lisa Traslavina-Kerr |
|---|---|
| **DON D BUSH** | **COURTROOM DEPUTY:** Toya McEwen |

| | |
|---|---|
| **David E Mack**<br>v<br>**Equable Ascent Financial LLC** | Case Number: 4:11cv793 DDB |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Pro Se | Ed Walton for William Wier |

On this day, came the parties by their attorneys, the following proceedings were held in Plano, Texas**:**    **Final Pretrial Conference & Trial Scheduling**

**OPEN: 1:45 pm**                                    **ADJOURN:   1:47 pm**

| TIME: | MINUTES: |
|---|---|
| 1:45 pm | **Case called, plaintiff has not appeared, Ed Walton appeared on behalf of William Wier.  CSO checked the hallway, plaintiff not in the hallway.** |
| 1:47 pm | **Court will grant the motion for summary judgment and an order will follow.** |
| 1:47 pm | Recess |

**DAVID J. MALAND, CLERK**

BY:      Toya McEwen
**Courtroom Deputy Clerk**