# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **DAVID E. MACK,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:11-cv-793 |
| | § | |
| **EQUABLE ASCENT FINANCIAL, LLC,** | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order filed in this matter, it is hereby

**CONSIDERED, ORDERED** and **ADJUDGED** that this case is **DISMISSED** as to all of Plaintiff's claims.

This matter shall be closed on the Court's docket, and all relief not otherwise granted is hereby denied.

**SO ORDERED.**

SIGNED this 17th day of January, 2013.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE