IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JAN 28 2013
DAVID J. MALAND, CLERK
BY
DEPUTY _____

| | |
|---|---|
| DAVID E. MACK<br>*Plaintiff*, | )<br>)<br>)<br>) Civil Case No. 4:11-vc-793 |
| vs | )<br>) |
| EQUABLE ASCENT FINANCIAL, LLC<br>*Defendant*. | )<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that David E. Mack, the above named Plaintiff, appeals to the United States Court of Appeals for the 5th Circuit the Order of Dismissal entered in this action on January 18, 2013.

Respectfully Submitted,

*/s/ David E. Mack*

David E. Mack
7720 McCallum Blvd. #2099
Dallas, Texas 75252
972-735-9642
mack2001@swbell.net

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been sent to the parties listed below by USPS first class mail.

Date Signed  1-28-2013

_____
David E. Mack

Keith Wier
BUSH & RAMIREZ, LLC
5615 Kirby Drive Suite 900
Houston, Texas 77005