```
COURTS/USDC-TX-E-T
211 W FERGUSON ST STE 106
TYLER, TX 75702

(903) 590-1087

MERCHANT : 1340 000001006361 001
REF NO.   : 046001 002 83287787
DATE      : 02/15/13   15:52
ACCT NO.  : XXXXXXXXXXXX5939
TYPE      : MASTERCARD
AUTH NO.  : 064001
AVS CODE  : NY

MAIL ORDER $ 455.00

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER
```

```
Court Name: District Court
Division: 6
Receipt Number: TXE600012492
Cashier ID: gg
Transaction Date: 02/15/2013
Payer Name: DAVID E MACK
-------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: DAVID E MACK
 Case/Party: D-TXE-4-11-CV-000793-001
 Amount:         $455.00
-------------------------------------
CREDIT CARD
 Amt Tendered:   $455.00
-------------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00


ORIGINAL MUST BE RETAINED FOR
RETURN OF CRIMINAL BOND
```